COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER DENYING MOTION FOR REHEARING

Cause number and style:      01–12–00795–CV; *Bob Bennett & Associates and Bob Bennett v. Gary O. Land*

Date motions filed:      August 5, 2013

Party filing motions:      Appellants

It is ordered that Appellants' Motion for Rehearing is denied.

It is so ORDERED.

Justice's signature: /s/ Laura Carter Higley
                    Acting for the Court

Panel consists of Justices Keyes, Higley, and Bland.

Date: September 24, 2013